IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE CAMPBELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFERSON UNIVERSITY PHYSICIANS | : | NO. 13-3006 |

ORDER

AND NOW, this 27th day of May, 2014, upon consideration of defendant Jefferson University Physicians's motion for summary judgment (docket entry # 33), plaintiff Joanne Campbell's response in opposition thereto, and the defendant's reply, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 33) is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

\_\_/S/ STEWART DALZELL, J.
Stewart Dalzell, J.